994

No. 95–6115. WATERS v. MAGURN. C. A. 5th Cir. Certiorari denied.

No. 95–6118. PIERCE v. FREEMAN, SECRETARY, NORTH CAROLINA DEPARTMENT OF CORRECTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 95–6123. BOWIE v. NORTH CAROLINA; and
No. 95–6162. BOWIE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–6129. WILLIAMS v. CALIFORNIA. C. A. 9th Cir. Certiorari denied.

No. 95–6130. THOMPSON v. BUCHANAN, SHERIFF, YAVAPAI COUNTY, ARIZONA, ET AL. Sup. Ct. Ariz. Certiorari denied.

No. 95–6140. MUTCH v. JARRATT ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6141. LEWIS v. PRUNTY, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 95–6145. MARTIN v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 95–6146. JACKSON v. SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–6153. PINDER v. JOHNSON. C. A. 4th Cir. Certiorari denied.

No. 95–6154. SANDERS v. UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS. C. A. 7th Cir. Certiorari denied.

No. 95–6155. POLLOCK v. BRIGANO, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 95–6156. WHITE v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 95–6157. VENERI v. WHITE, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT PITTSBURGH, ET AL. C. A. 3d Cir. Certiorari denied.